

**Home Office**
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
www.dralegal.org

**New York Office**
655 3rd Avenue
New York, NY 10017
Telephone: (212) 644-8644
Facsimile: (212) 644-8636
www.dralegal.org

---

February 18, 2022

*Via ECF Only*

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *National Association of the Deaf, et al. v. SiriusXM Holdings Inc., et al.*
Case No. 1:21-cv-10542-JPO

Dear Judge Oetken:

Disability Rights Advocates ("DRA") and the National Association of the Deaf ("NAD") represent Plaintiffs in the above-captioned matter. We write jointly with counsel for Defendants to request a stay of the proceedings in this matter for a period of one hundred twenty ("120") days so that the parties may explore and work toward early resolution of the claims in this case.

The above-captioned matter, brought by and on behalf of deaf and hard of hearing individuals, pursuant to Title III of the Americans with Disabilities Act and related New York state and local laws, alleges Defendants violate these laws by failing to provide transcripts of content transmitted as podcasts made available through Defendants' respective podcast streaming services. The Complaint also alleges Defendants fail to integrate third-party transcripts that exist onto their mobile applications and websites. Defendants deny any wrongdoing and deny Plaintiffs are entitled to relief based on the allegations presented in the Complaint.

To avoid potentially unnecessary litigation and the expenses thereof, and in order to determine the feasibility of reaching a resolution, the parties have agreed to proceed under the terms of a Structured Negotiations Agreement. The parties will make reasonable, good faith efforts to continue to work toward a collaborative resolution of the claims raised in Plaintiffs' Complaint outside of these legal proceedings. Accordingly, and for the purposes described herein, the parties request that this matter be stayed for an initial period of 120 days. We propose to update the court toward the end of this 120-day period as to the status of our negotiations, and to seek a further extension of the stay, if appropriate.

.

Sincerely,

*Emily Seelenfreund*

Emily Seelenfreund
Disability Rights Advocates


*Leah Wiederhorn*

Leah Wiederhorn
National Association of the Deaf