**DISABILITY RIGHTS ADVOCATES**

**California Office**
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
www.dralegal.org

**New York Office**
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636
www.dralegal.org

April 30, 2024

*Via CM/ECF*

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *National Association of the Deaf, et al. v. SiriusXM Holdings Inc., et al.*, No. 1:21-cv-10542-JPO (S.D.N.Y.)

Your Honor,

Pursuant to your honor's direction at the April 16, 2024 informal conference, the parties write to provide the following proposed schedule for limited reopening of discovery and subsequent summary judgment briefing:

| Case Event | Proposed Deadline |
|---|---|
| Close of fact discovery | August 14, 2024 |
| Deadline to meet and confer regarding settlement following the closure of fact discovery | August 21, 2024 |
| Expert Disclosures | October 31, 2024 |
| Rebuttal Expert Disclosures | December 6, 2024 |
| Close of Expert Discovery | January 10, 2025 |
| Plaintiffs' Summary Judgment Motion | February 28, 2025 |
| Defendants' Combined Summary Judgment Motion and Opposition | April 2, 2025 |
| Plaintiffs' Combined Opposition and Reply | May 2, 2025 |
| Defendants' Reply | May 16, 2025 |

Respectfully submitted,

/s/ Emily Roznowski
Emily Roznowski
Disability Rights Advocates
*For Plaintiffs*

/s/ James Loonam
James Loonam
Jones Day
*For Defendants*

The proposed schedule for discovery and summary judgment briefing is hereby approved.
    So ordered.

J. PAUL OETKEN
United States District Judge

4/30/2024