

655 Third Avenue, Suite 2619
New York, New York 10017-5621
(212) 644-8644
www.dralegal.org

October 3, 2025

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

Re:   *National Association of the Deaf et al. v. SiriusXM Holdings, Inc., et al.*,
      Case No. 1:21-cv-10542-JAV

Dear Judge Vargas:

    I write on behalf of counsel for both Parties in the above-captioned case to seek to extend the temporary stay in litigation deadlines to allow the Parties to continue to pursue resolution of the issues in this case without further litigation and the associated expenses.

    On May 21, 2025, the Parties filed a request for a temporary stay in litigation deadlines until August 22, 2025, to pursue settlement negotiations. (ECF No. 114.) Your Honor granted that request on May 23, 2025 (ECF No. 115), and following the Parties' second joint request, extended the stay through October 10, 2025 while directing the Parties to submit a joint status letter by October 3, 2025. (ECF No. 117.)

    The Parties attended a mediation session before retired Magistrate Judge Steven M. Gold on September 25, 2025. The Parties now seek additional time to conduct settlement negotiations following this mediation session, including scheduling a second mediation session with Judge Gold. Due to Judge Gold's availability, this mediation session cannot be held until January 2026. Accordingly, the Parties respectfully request that the temporary stay in all litigation deadlines be continued through February 13, 2026. The Parties intend to continue to discuss settlement without Judge Gold's assistance over the next several months, to ensure that a second mediation session will be productive.

    The Parties further request that the Court require a joint status letter to be submitted by February 6, 2026, seven days prior to the proposed expiration of the stay. In this letter, the Parties will report on the status of settlement discussions and indicate whether: (1) a settlement has been reached; (2) a settlement has not yet been reached, but the Parties request an extension of the stay in litigation to engage in further

settlement negotiations; or (3) the Parties intend to return to litigation and propose new deadlines for this matter, beginning with the close of expert discovery through the Parties' summary judgment briefing, and including a proposed timeline for the continued briefing of Defendants' Motion for Judgment on the Pleadings (ECF No. 112).

Notwithstanding the foregoing, should settlement negotiations not prove to be productive and the Parties determine a second mediation session with Judge Gold will not assist with resolving the issues without litigation, the Parties respectfully request that the Court permit either Party to seek to end the stay prior to February 13, 2026 and return to litigation, by submission of a letter with proposed new deadlines for this matter. Such letter will indicate whether the opposing party agrees to the proposed new deadlines, and if not, include any deadlines proposed by that party.

Respectfully Submitted,

*Erin Gallagher*

Erin Gallagher
Attorney for Plaintiffs
egallagher@dralegal.org
(332) 217-2297

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge

Dated: October 7, 2025