

655 Third Avenue, Suite 2619
New York, New York 10017-5621
(212) 644-8644
www.dralegal.org

April 14, 2026

**MEMO ENDORSED**

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re:    *National Association of the Deaf et al. v. SiriusXM Holdings, Inc., et al.*,
        Case No. 1:21-cv-10542-JAV

Dear Judge Vargas:

I write on behalf of counsel for both Parties in the above-captioned case to seek an extension of the temporary stay in litigation deadlines, which will allow the Parties to continue our efforts to resolve the issues in this case without further litigation and the associated expenses.

On May 21, 2025, the Parties filed a request for a temporary stay in litigation deadlines until August 22, 2025, to pursue settlement negotiations. ECF No. 114. Your Honor granted that request on May 23, 2025. ECF No. 115. The Parties have filed several joint requests to continue the stay of litigation deadlines, and following the Parties' most recent joint request, ECF No. 126, the Court extended the stay through April 21, 2026, while directing the Parties to submit a joint status letter by April 14, 2026. ECF No. 127.

The Parties continue to make progress in settlement negotiations. The Parties have postponed a third mediation session before retired Magistrate Judge Steven M. Gold that was originally scheduled for April 7, 2026, so that they can continue to narrow the outstanding issues and have a productive session. The Parties are in the process of scheduling a new date for the third mediation session for June or July 2026. At this time, the Parties respectfully request that the temporary stay in all litigation deadlines be continued through July 31, 2026.

The Parties further request that the Court require a joint status letter to be submitted by July 24, 2026, seven days prior to the proposed expiration of the stay. In this letter, the Parties will report on the status of settlement discussions and indicate whether: (1) a settlement has been reached; (2) a settlement has not yet been reached, but the Parties request an extension of the stay in litigation to engage in further

April 14, 2026
Page 2

settlement negotiations; or (3) the Parties intend to return to litigation and propose new deadlines for this matter, beginning with the close of expert discovery through the Parties' summary judgment briefing, and including a proposed timeline for the continued briefing of Defendants' Motion for Judgment on the Pleadings. ECF No. 112.

Notwithstanding the foregoing, should settlement negotiations not prove to be productive and the Parties determine a third mediation session with Judge Gold will not assist with resolving the issues without litigation, the Parties respectfully request that the Court permit either Party to seek to end the stay prior to July 31, 2026 and return to litigation, by submission of a letter with proposed new deadlines for this matter. Such letter will indicate whether the opposing party agrees to the proposed new deadlines, and if not, include any deadlines proposed by that party.

Respectfully Submitted,

Emily Roznowski
Attorney for Plaintiffs
eroznowski@dralegal.org
(332) 217-2328

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: April 21, 2026